UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**4309 OAKRIDGE ROAD, LAKE OSWEGO, CLACKAMAS COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem,*

    **Defendant.**

Case No. 3:23-cv-00174-MO

**WRIT OF ENTRY**

Based upon the Complaint, *in rem*, filed herein against the Defendant real property commonly known as 4309 Oakridge Road, Lake Oswego, Oregon, and more particularly described as:

Parcel Number: 00242213
Map Number: 21E08CB00500

Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, County of Clackamas and State of Oregon.

EXCEPTING THEREFROM that portion conveyed to the City of Lake Oswego by Bargain and Sale Deed recorded April 8, 1983, as fee No. 83-009820, more particularly described as follows:

A portion of Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, Clackamas County and State of Oregon, described as follows:

Beginning at the intersection of the West line of said Lot 2, with the North line of Oak Ridge Road, said point being 15 feet North of the center line of Oak Ridge Road; thence North along the West line of said Lot 2, a distance of 15 feet; thence East 150 feet on a line parallel with the South line of said Lot 2; thence South along the East line of said Lot 2 a distance of 15 feet to the North line of Oak Ridge Road; thence West 150 feet to the point of beginning. FURTHER EXCEPTING THEREFROM any portion lying within Oak Ridge Road,

and the Motion for Writ of Entry filed by the United States, and the Court being satisfied that based upon the verified Complaint *in rem* for Forfeiture, there is probable cause to believe that Defendant represents property constituting, or derived from, proceeds obtained directly or indirectly as a result of violations of 18 U.S.C. § 1014, and is forfeitable to the United States pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C).

IT IS ORDERED that the United States Marshal's Service or his designee, is hereby authorized to enter the Defendant real property, including any structures, on one or more occasions during the pendency of this civil *in rem* forfeiture action for the purpose of conducting an inspection and inventory and appraisal, and testing for hazardous materials which may include still and video photography, and to be accompanied on any such occasion by any government or contract personnel.

///

///

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of this Court Order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232, prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

DATED: February 7, 2023.

*Michael W. Mosman*
HONORABLE MICHAEL W. MOSMAN
Senior United States District Judge

Presented by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

*/s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney