NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:23-cv-00174-MO |
| Plaintiff, | |
| v. | **NOTICE OF COMPLAINT FOR FORFEITURE AGAINST REAL PROPERTY** |
| **4309 OAKRIDGE ROAD, LAKE OSWEGO, CLACKAMAS COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*, | |
| Defendant. | |

TO:     Occupants at 4309 Oakridge Road, Lake Oswego, Oregon;
         David Douglas Swanson Sr.,
         via Angeli Law Group, LLC, Attorney Joanna T. Perini-Abbott;
                Swanson Financial Services Inc.
                SF Commercial LLC
                Swanson Tax Advisory Group
                Freedom Wealth Management LLC
                Generational Wealth Advisory
                Pension Partners
                SF Summerlin LLC

    Swanson Family Trust
Trang Q. Swanson;
Bank of the West;
David Douglas Swanson, Jr.,
via Angeli Law Group, LLC, Attorney Joanna T. Perini-Abbott;
Michael D. Swanson;
Mortgage Electronic Registration Systems, INC. (MERS);
Clackamas County Assessor's Office

  A civil Complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), was filed on February 7, 2023, in the United States District Court for the District of Oregon by Assistant United States Attorney Christopher L. Cardani, on behalf of the United States of America, Plaintiff, against the Defendant real property commonly known as 4309 Oakridge Road, Lake Oswego, Oregon, and further described as:

> Parcel Number: 00242213
> Map Number: 21E08CB00500
>
> Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, County of Clackamas and State of Oregon.
>
> EXCEPTING THEREFROM that portion conveyed to the City of Lake Oswego by Bargain and Sale Deed recorded April 8, 1983, as fee No. 83-009820, more particularly described as follows:
>
> A portion of Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, Clackamas County and State of Oregon, described as follows:
>
> Beginning at the intersection of the West line of said Lot 2, with the North line of Oak Ridge Road, said point being 15 feet North of the center line of Oak Ridge Road; thence North along the West line of said Lot 2, a distance of 15 feet; thence East 150 feet on a line parallel with the South line of said Lot 2; thence South along the East line of said Lot 2 a distance of 15 feet to the North line of Oak Ridge Road; thence West 150 feet to the point of beginning. FURTHER EXCEPTING THEREFROM any portion lying within Oak Ridge Road.

  The Complaint alleges that said property may, for the causes stated in the Complaint, be forfeited to the United States.

All persons claiming an interest in or right against the Defendant real property may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. The claim must be filed not later than the time stated in a direct notice sent under Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to Claimant or Claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G (5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the United States District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon 97204. The claim and answer must be served upon Christopher L. Cardani, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204.

In accordance with 18 U.S.C. § 985, this Notice shall be posted on the Defendant real property and this Notice shall be served on the property owner, along with a copy of the Complaint for Forfeiture.

DATED: February 10, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Christopher L. Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney