Clackamas County Official Records **2023-003914**
Catherine McMullen, County Clerk
02/07/2023 03:43:04 PM
M-PA          Cnt=1 Stn=7 LISA
$10.00                                  $10.00

AFTER RECORDING
PLEASE RETURN TO:


NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Christopher.Cardani@usdoj.gov
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone:     503-727-1000
Attorneys for the United States of America


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 3:23-cv-00174-MO** |
| **v.** | **NOTICE OF PENDENCY OF ACTION** |
| **4309 OAKRIDGE ROAD, LAKE OSWEGO, CLACKAMAS COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem,* | **TITLE HELD IN THE NAME OF: THE SWANSON FAMILY TRUST** |
| **Defendant.** | |


Notice is hereby given that pursuant to ORS 93.740, the undersigned states:

On February 7, 2023, the United States filed a Complaint *in rem* for Forfeiture against the

Defendant real property commonly known as 4309 Oakridge Road, Lake Oswego, Oregon, and

more particularly described as:


**Notice of Pendency of Action**                                                    **Page 1**

Parcel Number: 00242213
Map Number: 21E08CB00500

Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, County of Clackamas and State of Oregon.

EXCEPTING THEREFROM that portion conveyed to the City of Lake Oswego by Bargain and Sale Deed recorded April 8, 1983, as fee No. 83-009820, more particularly described as follows:

A portion of Lot 2, LAKE VIEW VILLAS FIRST ADDITION, in the City of Lake Oswego, Clackamas County and State of Oregon, described as follows:

Beginning at the intersection of the West line of said Lot 2, with the North line of Oak Ridge Road, said point being 15 feet North of the center line of Oak Ridge Road; thence North along the West line of said Lot 2, a distance of 15 feet; thence East 150 feet on a line parallel with the South line of said Lot 2; thence South along the East line of said Lot 2 a distance of 15 feet to the North line of Oak Ridge Road; thence West 150 feet to the point of beginning. FURTHER EXCEPTING THEREFROM any portion lying within Oak Ridge Road.

The object of the Complaint is the forfeiture to the United States of America of the real property described above.

DATED: February 7, 2023.          Respectfully submitted,


NATALIE K. WIGHT, OSB #035576
United States Attorney

CHRISTOPHER L. CARDANI
Assistant United States Attorney

STATE OF OREGON          )
County of Multnomah       )

The foregoing instrument was acknowledged before me by Assistant United States Attorney Christopher Cardani this ⁊ʰ day of February 2023.

OFFICIAL STAMP
JESSICA A INMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 1013049
MY COMMISSION EXPIRES JUNE 09, 2025

NOTARY PUBLIC FOR OREGON

**Notice of Pendency of Action**                                        **Page 2**