**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelilaw.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelilaw.com
**NICHOLAS MEYERS,** OSB No. 222743
nick@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for David Swanson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: **3:23-cv-00174-MO** |
| Plaintiff, | |
| v. | **CLAIM OF DAVID SWANSON** |
| **4309 OAKRIDGE ROAK, LAKE OSWEGO, CLACKAMAS COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, *in rem,*** | |
| Defendant. | |

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and

Asset Forfeiture Actions, Federal Rules of Civil Procedure, David Douglas Swanson asserts an

interest in the Defendant Real Property, contests the forfeiture, and claims as follows:

The specific property claimed by Mr. Swanson is commonly described as 4309 Oakridge Road, Lake Oswego, OR 97035 (the "Lake Oswego Property"). Mr. Swanson is the owner, directly or indirectly, of the Lake Oswego Property, personally, or by virtue of his ownership interest in Swanson Financial Services, Inc. and SF Commercial, LLC. Mr. Swanson also claims an ownership interest in the Lake Oswego Property as trustee and beneficiary of the Swanson Family Trust.

I attest and declare under penalty of perjury that the claim of Mr. Swanson is not frivolous, and the information provided in support of the claim is true and correct to the best of my knowledge and belief.

DATED: March 17, 2023

ANGELI LAW GROUP LLC

*s/ Joanna Perini-Abbott*
Joanna Perini-Abbott
joanna@angelilaw.com
Michelle Kerin
michelle@angelilaw.com
Nicholas Meyers
nick@angelilaw.com
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for David Swanson*

PAGE 2 – CLAIM OF DAVID SWANSON